IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00778-WYD

ALBANY INTERNATIONAL CORP.,

    Plaintiff,

v.

WIGGY'S, INC., and
JERRY WIGUTOW

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Substitute Documents [# 12], filed on April 25, 2006. Having reviewed the motion and being otherwise fully advised, it is

ORDERED that Plaintiff's Unopposed Motion to Substitute Documents is **GRANTED**. It is

FURTHER ORDERED that Exhibit C to the Declaration of Joseph Rumiesz [# 9] is **SEALED**. It is

FURTHER ORDERED that Exhibit 1 to the Declaration of Vanessa Mason [# 8] is **SEALED**. It is

FURTHER ORDERED that the abovementioned exhibits shall be substituted with the redacted versions provided by Plaintiff.

Dated: April 25, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge