IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 06-CV-00778-WYD-MEH

ALBANY INTERNATIONAL CORP.,

      Plaintiff,

vs.

WIGGY'S INC. and JERRY WIGUTOW,

      Defendants.

---

## TEMPORARY RESTRAINING ORDER

---

THIS MATTER is before the Court on Plaintiff's Motion for Temporary Restraining

Order.  On April 25, 2006, the Court heard the testimony of Joseph Rumiesz  and oral argument

from counsel for Plaintiff and Defendants.  The Court has reviewed the Verified Complaint,

supporting legal memorandum and Declarations of Joseph Rumiesz, Tim Cashell, Vanessa

Mason, Shawn Connor and Steven Eisen.  Plaintiff has certified that all of the foregoing

pleadings were sent to counsel for Defendants and that Defendants received notice of the hearing

in this matter.

Based on the testimony, oral arguments and materials submitted, it appears that Plaintiff

has a substantial likelihood of prevailing on the merits of its claims; that it will suffer irreparable

injury if it is denied a temporary restraining order; that Plaintiff's injury outweighs the injury that

the Defendants might suffer under a temporary restraining order; and that an injunction would

not be adverse to the public interest.  Based on the foregoing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order is GRANTED and that the Defendants, individually and collectively, and their employees and all other persons acting in concert, privity or participation with them shall be temporarily enjoined and restrained from disseminating, distributing or communicating, directly or indirectly, any statements identical to, similar to, related to or analogous to, the statements contained in the Wigutow letter attached as **Exhibit A**, hereto.

IT IS FURTHER ORDERED that, within 7 days from the date of this Order, the Defendants, individually and collectively, shall have searched their files and provided counsel for the Plaintiff with a complete list of the names and addresses (to the extent Defendants have such addresses) of the individuals and companies whom Defendants contacted regarding the statements in **Exhibit A** or any communications similar thereto, either in person, by letter, email, telephone or any other means.  The list shall be certified by Defendant Wigutow as a complete and accurate record of the dates and recipients of the foregoing communications.

IT IS FURTHER ORDERED that Plaintiff posts a nominal bond with the Clerk of the Court in the amount of $500.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65, there is good cause to extend this Temporary Restraining Order beyond the 10-day limit. Accordingly, the parties have agreed that the Temporary Restraining Order shall remain in full force and effect until the Court holds a hearing on the preliminary injunction on

-3-

July 11, 2006, commencing at 1:30 p.m. and continuing until the close of business on July

13, 2006, to determine whether the Temporary Restraining Order should be stricken or should be

extended into a preliminary injunction.

Defendants shall file their response to the Motion for Temporary Restraining Order on or

before Tuesday, May 23, 2006. Plaintiff shall file its reply brief on or before Friday, June 2,

2006.

Dated this 28th day of April, 2006.

BY THE COURT:

Wiley Y. Daniel
United States District Judge

3542926_2.DOC

EXHIBIT A

# Wiggy's Inc.

| Post-It® Fax Note | 7671 | Date | of pages |
|---|---|---|---|
| To Eileen Barner | | From Tim Cashell | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # 518 447 6499 | | Fax # | |

The enclosed information is being sent to you because you attended the conference at Fort Belviour pertaining to the GEN III clothing system. The sample insulation is 6 ounce continuous filament fiber (CLIMASHIELD, a product made by Western Nonwovens Company) and processed by me Jerry Wigutow at my facility Wiggy's Inc., located in Grand Junction, CO.(my trade name is Lamilite) laminated to both the nylon on one side and Cerex on the other side. LAMILITE is the finest insulating material in the world. This product is available for your use in the insulated exterior garments that are a part of the entire GEN III system.

I have read through the minutes and reviewed the description published giving the specifications one must meet when submitting a bid proposal.

Before I continue to explain why continuous filament fiber (CF) is the best product that is available I must advise you that the chopped staple fiber fill product suggested for use made by Albany International, Primaloft, is not Berry Amendment compliant. One of the components used in the manufacture of this product is from a foreign source. At this time that component is not made in the USA. However, even if it were as you will see any and all battings that are made from chopped staple fiber are for all intents and purpose made obsolete since the CF fiber became available in 1968. Shortly thereafter the CF was approved by Natick Labs for use in sleeping bags and field jacket liners. In 1980 or there about a chopped staple fiber fill product known in the industry as Hollobond II made by E.R. Carpenter Company was approved by Natick and because it was less expensive it replaced the CF until 1994 when Natick looked at CF and it has become the standard when any solicitations for sleeping bags are published. It is now time for the same fiber to be used in military insulated clothing.

I was in 1968 working with/for Camden Fiber Mills (CFM) the first company in the country contracted by Celanese Corp. (both companies no longer exist) to produce the CF product which was trade named Polarguard. It was during my involvement with CFM that I started experimenting with the lamination of CF. I have since opened Wiggy's Inc. a manufacturer of sleeping bags, and insulated clothing to include footwear and hand wear. Please review the enclosed catalog and note that I have been making laminated CF insulated products since 1986. I have made several hundred thousand sleeping bags and can categorically state that my bags are as my motto states "simply the best" and that includes all bags that have been made since the inception of sleeping bag manufacturing in the 1930's. I have supplied the military with my bags since about 1989. I also make the warmest clothing in the world as can be evidenced by the fact that we are considered an exclusive supplier to almost every police department in the state of Alaska. If they work in Barrow they will work every place south. We also supplied all of the insulation to the

manufacturer who supplied parkas to the National Science Foundations contractor Antarctic Support Associates. All of this attests to how well the CF works as an insulating medium when it is not compromised by quilting.

I questioned Michelle Miller the POC at Natick about using a product other than the Primaloft and her response in an e mail was the following: "Miller, Michelle SSC (PKI) – Thursday, March 23, 2006 2:20 PM- to: Jerry Wigutow – Subject: 'other suppliers of insulation'—— If you believe a specific fabric is of better quality and meets or exceeds the Government specifications, please address the tradeoff/benefits in a proposal once the solicitation is posted."

For the sake of comparison I will consider Primaloft Berry Amendment compliant. As we know Primaloft is made from chopped staple fiber. There are certain characteristics about all chopped staple fiber fill battings. They have a very limited resilience; when you stuff and un-stuff a sleeping bag made from chopped staple fiber fill the loft of the bag deteriorates very quickly, the same will happen to a jacket. From what I read in the minutes the soldiers issued these outfits will have to carry them in their rucksacks and all of the clothing items will have to be stuffed into as small a space as possible. Specifically on page 14 it states; "What is nice about the whole system, we can fit this entire system in an assault pack." As a result of this action when the loft is compressed the insulation is reduced. Regardless of how well the jacket and pants performed initially they will lose their ability to stifle heat loss very soon after compression, because all chopped staple fiber fills respond in this manner, they lose their loft. They must be quilted to keep from them from breaking apart when laundered. It is common knowledge in the fiber fill business that quilting in large areas is almost like not quilting at all and when chopped fiber fills are laundered the water that gets into the fiber stresses the fiber and small holes begin to develop in the first laundering and each successive laundering opens the holes more and more. When this happens you have cold spots which you have anyway from each quilt line. While polyester fiber has almost no absorption capability binder fiber battings will trap moisture within the fiber structure. Take ¼ yard of Primaloft or any 6 ounce chopped staple batting and stick it in a bucket of water and pull it out and let the water drain, further note how long it actually takes to dry. You will observe that a significant amount stays in the fiber structure and that is increased when the fiber fill is quilted between two materials. In the case of Primaloft that will mean the scrim that comes with it and the nylon lining that is placed on the opposite side when it is quilted. The water will drain as far down as the quilt stitching and be trapped along any stitch line it encounters. Also if you increase the number of quilt lines to give stability to the chopped fiber fill you are only adding more cold spots to the garment. While this will give better stability it will not change the fact that loss of loft will always occur. That is the nature of chopped staple fiber fills.

The last item to consider is cost. Primaloft cost is $14.00 per pound. The cost per ounce is 87.5 cents. Therefore, a 6 ounce per square yard batting is $10.00 per yard. Now it has to be quilted. The cost of the nylon is $1.50 per yard. Now we quilt it and experience a normal quilt lost of 5 percent or 58 cents per yard added to the initial cost of $11.50 giving a total cost before cutting of $12.08 per yard, 60 inches wide. I am in the quilting business; I can assure you when I put 100 yards of material through my quilting machine I get back 95 yards. Therefore, the charges for a Primaloft quilted package from any commercial quilter would be approximately $14.08 per yard.

Now we can examine CF as insulation.

Continuous filament fiber is without question the best, finest raw material ever created for the manufacture of an insulating medium. It has a multitude of attributes that simply do not exist in any other material used for insulation in sleeping bags or clothing. It is unnecessary to quilt CF which means no cold spots as is seen with quilting. When you have a uniform loft you have greater heat retention. It is completely unaffected by water. If it should get wet it does not lose its loft, it does not retain the water. Do the same experiment with any CF batting and you will find the water does not get trapped as it does in a chopped fiber fill product. Also note how quickly drying occurs.

I laminate the CF to any and all fabrics for same reason one quilts fiber fills, to facilitate ease of manufacturing.

There is ample proof that CF on an ounce basis retains more heat than any chopped staple fiber fill used in the same manner. Western Nonwovens Company can supply that data.

With respect to launder-ability, you will read in my catalog that I recommend laundering my bags when they get dirty, something no other sleeping bag manufacturer has or will ever do. CF when used as I use it is as close to be indestructible as you can get. Laundering any of my products can be done hundreds of times or more. The specification notes 5 launderings, I consider that a ridiculous number of launderings. Soldiers get dirty so it should be mandatory that garment be capable of going through a multitude of launderings without experiencing any deterioration. When it comes to compactibility nothing comes close. I vacuum pack sleeping bags for the military under 25 tons of pressure and when they are broken out of the packaging they return to original loft. It is of no consequence how many times a soldier stuffs and un-stuffs a Lamilite insulated jacket or pant they will always return to original loft constantly maintaining there insulating properties.

My catalog contains significant information that I believe will be valuable to you.

Now for costs: if you were to use the Lamilite L-8 from me the cost for a complete package is $7.42 per linea yard 60 inches wide. L-8 means 8 ounces per linea yard or 6 ounces per square yard. As you can see even if the Primaloft were Berry Amendment compliant it is not worth using. It isn't even close to being as good and it is twice as expensive.

Since I am a manufacturer I am making GEN III insulated samples for Western Nonwovens to test against any other products to prove that the CF is best. For more information about the testing please contact Western Nonwovens representatives directly.

I have no interest in bidding on this contract only supplying you with the laminated CF insulation. You are welcome to visit my factory to get hands on look at how we work with the Lamilite.

Thanking you for your interest in my products and services.

Sincerely,

Jerry Wigutow
President
Wiggy's Inc.