IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00778-WYD

ALBANY INTERNATIONAL CORP.,

    Plaintiff,

v.

WIGGY'S, INC., and
JERRY WIGUTOW

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Response to Court's June 22 Order [# 34], filed June 28, 2006.  In its response, Plaintiff states that after consulting with counsel for Defendant, the parties have determined that the two-and-a-half day hearing on Plaintiff's motion for a preliminary injunction, which is scheduled to commence on Tuesday, July 11, 2006, at 1:30 p.m. can be vacated.  The parties have further agreed that the Temporary Restraining Order ("TRO") entered into on April 28, 2006, and currently still in effect, shall be extended to and including the date on which the GEN III Extended Cold Weather Clothing System ("ECWCS") contract is awarded.  Plaintiff further stated, "After the GEN III ECWCS contract has been awarded, and assuming no intervening violation of the TRO, both parties hereby agree that the Complaint in this action will be dismissed."  Pl.'s Mot. at 1.  Based on the foregoing, it is

    ORDERED that the two-and-a-half day hearing on Plaintiff's motion for a

preliminary injunction, which is scheduled to commence on Tuesday, July 11, 2006, at 1:30 p.m., is **VACATED**.  It is

FURTHER ORDERED that the TRO entered on April 28, 2006, shall remain in effect until the GEN III ECWCS contract is awarded.  It is

FURTHER ORDERED that once the GEN III ECWCS contract is awarded, the parties shall file either dismissal papers or a joint status report advising the Court of the issues that remain in the case.

Dated:  June 29, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge