IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00778-WYD

ALBANY INTERNATIONAL CORP.,

    Plaintiff,

v.

WIGGY'S, INC., and
JERRY WIGUTOW

    Defendants.

---

## ORDER OF DISMISSAL

---

    THIS MATTER comes before the Court on the parties' Joint Stipulation for Dismissal [# 36], filed February 2, 2007.  The Court being fully advised, hereby approves the parties' stipulation.  Accordingly, it is

    ORDERED that the  and orders that the Joint Stipulation for Dismissal [# 36] is **APPROVED**.  It is

    FURTHER ORDERED that the above captioned action be **DISMISSED**, each party to bear his or its own costs and attorneys' fees.

    Dated:  February 6, 2007

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  U. S. District Judge